# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

RAY JAMES,

    Plaintiff,

v.                                                                                         CASE NO. 4:11cv162-RH/WCS

WALTER McNEIL et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 8  I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury.  The objections do not—and could not reasonably—deny this.  The plaintiff therefore cannot proceed *in forma pauperis*.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

*Page 2 of 2*

opinion.  The plaintiff's *in forma pauperis* motion, ECF No. 2, is DENIED.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

  SO ORDERED on June 15, 2011.

            <u>s/Robert L. Hinkle    </u>
            United States District Judge

*Case No: 4:11cv162-RH/WCS*